**PERKINS COIE**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

August 18, 2021

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 08/18/2021

Re:  *The National Retirement Fund et al. v. Cami Hotel Investments, LLC et al.*
      Civil Action No.: 1:21-cv-05495

Dear Judge Román:

We represent Defendants Cami Hotel Investments, LLC, Cami Hotel Investments II, LLC, and The Hotel Group Opportunity Fund III, LLC ("Defendants") in the above-captioned case, and respectfully submit this letter, pursuant to Your Honor's Individual Practice 1(E), to request an adjournment of the August 23, 2021 deadline for Defendants to answer or otherwise respond to the Complaint. Defendants request that the deadline be adjourned to August 30, 2021.

This is Defendants' first request for an adjournment of the deadline to answer or otherwise respond to the Complaint. Defendants request the adjournment because the undersigned is and has been out of the office, returning on August 23, and will be more reasonably able to answer/respond by August 30. Counsel for Plaintiffs consents to the present request.

We thank Your Honor for your attention to this matter.

Respectfully Submitted,

/s/ Adam R. Mandelsberg

Adam R. Mandelsberg

ARM:nra

**MEMO ENDORSED**

Defendants' request for an adjournment is **GRANTED**. Defendants shall answer or otherwise respond to the Complaint by August 30, 2021. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 15.

Dated: August 18, 2021
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Perkins Coie LLP
153538950.1