MEMO ENDORSED

**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2454

Writer's E-mail Address
taleah.jennings@srz.com

March 29, 2022

> Due to an extension of the discovery deadlines, the parties' joint request to adjourn the telephonic Status Conf. before Judge Román on May 12, 2022 until Sept. 23, 2022 at 10:00 am is GRANTED. Counsel are directed to this Court's Order, dated Dec. 17, 2021 (ECF No. 24), for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 32.
> Dated: April 1, 2022  SO ORDERED:
> White Plains, NY
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *The National Retirement Fund, et al. v. Cami Hotel Investments, LLC, et al.*,
       Civil Action No. 21-cv-05495(NSR)(JCM)

Dear Judge Román:

Schulte Roth & Zabel LLP represents the National Retirement Fund and the Board of Trustees of the National Retirement Fund in the above-captioned matter. We write jointly on behalf of all parties in this matter to request, at Magistrate Judge Judith C. McCarthy's direction, that the status conference currently scheduled for May 12, 2022 before Your Honor be adjourned until after August 15, 2022 (the amended close of discovery date). *See* Amended Civil Case Discovery Plan and Scheduling Order, dated February 11, 2022 (ECF No. 29) (extending the close of discovery from April 15, 2022 until August 15, 2022).

The parties propose the following dates for the first case management conference with Your Honor: September 15, 2022, September 16, 2022, and September 23, 2022. This is the parties' first request to adjourn the conference.

Thank you for your attention to this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2022

The Honorable Nelson S. Román
March 29, 2022
Page 2

                                                 Respectfully Submitted,

                                                 */s/ Taleah E. Jennings*

                                                 Taleah E. Jennings

cc:     All Counsel of Record